**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1102**

ROSS A. FIORANI,

        Plaintiff - Appellant,

    and

STATES ATTORNEY GENERALS IN: CA, OH, PA, MD, WVA, DE, NJ,
NY, TN, NC, SC, AND FL,

        Plaintiff,

    v.

CHRYSLER GROUP, LLC; DODGE CORP.; TD FINANCIAL GROUP, LLC;
ALLY FINANCIAL SERVICES,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Anthony John Trenga,
District Judge. (1:13-cv-00346-AJT-IDD)

Submitted:  July 29, 2014        Decided:  July 31, 2014

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ross A. Fiorani, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ross A. Fiorani appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fiorani v. Chrysler Grp., LLC, No. 1:13-cv-00346-AJT-IDD (E.D. Va. Jan. 30, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED